NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYREE GLAND, DOC #R52379,                )
                                         )
      Appellant,                    )
                                         )
v.                                       )     Case No. 2D18-3743
                                         )
STATE OF FLORIDA,                        )
                                         )
      Appellee.                     )
_____ )

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Pinellas County; Philip J. Federico.

Tyree Gland, pro se.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and KHOUZAM, and LUCAS, JJ., Concur.